UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| EDWIN C GRAY SR., ) | |
| ) | CASE NO. C07-4067 MWB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| MICHAEL J ASTRUE, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The final decision of the Commissioner is therefore affirmed in part and reversed in part, with remand for calculation and award of benefits from July 14, 2004, forward.

DATED: January 20, 2009

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk