IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| EDWIN C GRAY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C07-4067-MWB |
| | ) | |
| | ) | ATTORNEY FEE |
| | ) | JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| MICHAEL J ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Plaintiff is awarded attorney fees in the amount of $9,910.50 (nine-thousand nine-hundred ten dollars and fifty cents), pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b). As a result, counsel must refund his client the EAJA attorney fees the court awarded in the amount of $9,468.43 (nine-thousand four-hundred sixty-eight dollars and forty-three cents).


DATED: October 13, 2009

                                                     Robert L Phelps
                                                     Clerk

                                                     S/src
                                                    (By) Deputy Clerk